Filed 03/02/10      Case 09-01196      Doc 10

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA



FILED
MAR - 2 2010
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br> Orley K. Weaver <br><br> Debtor(s). | BC- 09-14004-A-7 |
| Joseph A. Carone <br><br> Plaintiff(s), <br> vs. <br> Orley K. Weaver <br><br> Defendant(s). | Adv. No. 09-01196 <br><br> ORDER DISMISSING <br> ADVERSARY PROCEEDING |

A complaint initiating the above-named adversary proceeding was filed on **08/18/09**. There has been no activity in the proceeding since **01/20/10**. A notice of intent to dismiss said adversary proceeding having been issued on **01/29/10** and no response thereto having been received,

IT IS HEREBY ORDERED that the above-named adversary proceeding is dismissed pursuant to Federal Rule of Bankruptcy Procedure 7041.

DATED: 3/2/10

_____
United States Bankruptcy Judge

EDC 6-758 (Rev. 3/7/01)